I trust that this letter will suffice to comply as an amendment to my Report.  If there is any question about the above information or additional information that you require, please let me know and I will respond promptly.

Sincerely,



LEONARD I. GARTH

LIG:ccc

Enclosure:
Original and Three copies

CHAMBERS OF
**LEONARD I. GARTH**
JUDGE

MARTIN LUTHER KING, JR.
FEDERAL BUILDING & COURTHOUSE
ROOM 5040
50 WALNUT STREET
NEWARK, NEW JERSEY 07102-3599
CHAMBERS_OF_JUDGE_LEONARD_GARTH@CA3.USCOURT.GOV

October 15, 2007

Honorable Ortrie D. Smith, Chair
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

RECEIVED 2007 OCT 19 A 1:16 FINANCIAL DISCLOSURE OFFICE

> Re: Financial Disclosure Report
> Calendar Year 2006

Dear Judge Smith:

I am so sorry that through inadvertence I neglected to furnish the last item of information that was required on my Financial Disclosure Report for the year 2006. On October 10, 2007 your letter called to my attention the omission in Section VII in Columns D1, 2, 3, 4 and 5 of the item "Midwest Bank, OK - CD." I furnish that information to you herewith.

| Item No. | Name | D(1) | D(2) | D(3) | D(4) | D(5) |
|----------|------|------|------|------|------|------|
| 58. | Midwest Bank, OK- CD | Sold | 03/27/07 | L | B | Estate |

I trust that this last piece of information will suffice to comply as an amendment to my Report, thereby completing it.

Again, my apologies.



Sincerely,

LEONARD I. GARTH

LIG:ccc

Enclosure:
Original and Three copies



CHAMBERS OF
LEONARD I. GARTH
JUDGE

MARTIN LUTHER KING, JR.
FEDERAL BUILDING & COURTHOUSE
ROOM 5040
50 WALNUT STREET
NEWARK, NEW JERSEY 07102-3599

August 22, 2007

Honorable Ortrie D. Smith, Chair
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

      Re:    Financial Disclosure Report
              Calendar Year 2006

Dear Judge Smith:

      I regret that your office had to communicate with me about materials that were lacking from my Financial Disclosure Report.

      I am pleased, however, to furnish Section VII materials that you requested. They are reported as follows:

| Item No. | Name | D(1) | D(2) | D(3) | D(4) | D(5) |
|---|---|---|---|---|---|---|
| 51. | Compass Bank, AL-CD | Sold | 04/27/07 | L | A | Estate |
| 52. | East-West Bank, CA - CD | Sold | 02/28/07 | L | B | Estate |
| 54. | First Merit Bank, OH - CD | Sold | 05/01/07 | L | B | Estate |
| 55. | First Mid West Bank, IL - CD | Sold | 05/01/07 | L | B | Estate |
| 56. | Freemont Investment & Loan, CA - CD | | 05/01/07 | L | B | Estate |
| 57. | Washington Mutual Bank, NV - CD | | 02/22/07 | L | B | Estate |

COPY

RECEIVED
FINANCIAL DISCLOSURE OFFICE
2007 AUG 27 A 11: 13